Dione C. Wrenn, Bar No. 13285
dione.wrenn@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Fax: (702) 921-2461

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>K.R. DRENTH TRUCKING, INC., a foreign Corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendant. | Case No.: 2:16-cv-01922-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ANTONIO RODRIGUEZ and Defendant K.R. DRENTH TRUCKING, INC., through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: January 11, 2017                    Dated: January 11, 2017

/s/Dione C. Wrenn                          M. Lani Esteban-Trinidad
Dione C. Wrenn                             M. Lani Esteban-Trinidad
3800 Howard Hughes Parkway, Ste. 600       6390 W. Cheyenne Ave., Ste. A
Las Vegas, NV 89169                        Las Vegas, NV 89108

Attorneys for Defendant                    Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

Dated this 12th day of January, 2017.

RICHARD F. BOULWARE, II
United States District Court

4816-2459-7568, v. 1

-2-